**Order entered February 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01122-CV

### IN THE INTEREST OF M.D., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 86664**

## ORDER

We **REINSTATE** this appeal.

Pursuant to this Court's January 15, 2020 order, the trial court held a hearing to determine whether the child is an Indian child under the Indian Child Welfare Act. *See* 25 U.S.C.A. § 1912(a). On January 31, 2020, we received a supplemental clerk's record containing the statutory notice requirements of the Act and a supplemental reporter's record of the hearing in which the trial court made an oral finding that the child is not an Indian child pursuant to the ICWA.

We **ORDER** the trial court to make and file written findings from the January 24, 2020 hearing regarding the child's Indian status within **FIVE** days of this order.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE